Brandon Hamilton GREEN, Plaintiff-Appellant,

v.

Lindy PENDERGRASS; John Sellew; Sgt. Tommy Crawford; Officer Keith Foster, Defendants-Appellees,

and

John Foster, Jailor, Defendant.

No. 16-6441

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2016

Decided: August 2, 2016

Brandon Hamilton Green, Appellant Pro Se. Sonny Sade Haynes, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina, for Appellee.

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Hamilton Green appeals the district court's order granting summary judgment to the Defendants on Green's 42 U.S.C. § 1983 (2012) action. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Green's informal brief does not challenge the basis for the district court's disposition, Green has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED